JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:           541-593-4452
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MCNEILLY, | ) | Case No.  1:23-CV-00071-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND UNOPPOSED** |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | **ORDER** |
| | ) | |
| | ) | (Doc. 13) |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to August 4, 2023, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel is currently working through a backlog of work accrued while recovering from surgery and has had to extend all deadlines as a consequence.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

**McNeilly v. Kijakazi**              Stipulation and Order         E.D. Cal. 1:23-cv-00071-SKO

Respectfully submitted,

Date: June 2, 2023              JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  June 2, 2023             PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation, Office 7

                                */s/ Franco L. Becia*
                                FRANCO L. BECIA
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant

                                ORDER

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 13), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including August 4, 2023, to file Plaintiff's Motion for Summary Judgment.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **June 6, 2023**              */s/ Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE


**McNeilly v. Kijakazi**          Stipulation and Order          E.D. Cal. 1:23-cv-00071-SKO