JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MCNEILLY, | ) | Case No.  1:23-CV-00071-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND UNOPPOSED** |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF;** |
| | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | (Doc. 17) |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 7 Days to September 12, 2023, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension.  It is requested due to the fact that it is taking Plaintiff's counsel a great deal of time to parse the nearly 4000-page transcript. As such, Plaintiff's counsel does not believe she will be able to complete the Brief by next week's due date.

**McNeilly v. Kijakazi**              Stipulation and Order              E.D. Cal. 1:23-cv-00071-SKO

1    The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                          Respectfully submitted,

Date: September 1, 2023                      JACQUELINE A. FORSLUND
                                                          Attorney at Law


                                                          */s/Jacqueline A. Forslund*
                                                          JACQUELINE A. FORSLUND

                                                          Attorney for Plaintiff


Date:  September 1, 2023                     PHILLIP A. TALBERT
                                                          United States Attorney
                                                          MATHEW W. PILE
                                                          Associate General Counsel
                                                          Office of Program Litigation, Office 7

                                                          */s/Heidi L. Triesch for Franco L. Becia*
                                                          HEIDI L. TRIESCH FOR FRANCO L. BECIA
                                                          Special Assistant United States Attorney
                                                          *By email authorization

                                                          Attorney for Defendant

**McNeilly v. Kijakazi**          Stipulation and Order          E.D. Cal. 1:23-cv-00071-SKO

ORDER

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 17), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including September 12, 2023, to file Plaintiff's Motion for Summary Judgment.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **September 5, 2023**                              */s/ Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE