1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  ERIN A. JURRENS, MO 61402
5  Special Assistant United States Attorney
           Office of the General Counsel
6          Social Security Administration
7          6401 Security Boulevard
           Baltimore, MD 21235
8          Telephone: (877) 833-2445
           E-Mail: Erin.Jurrens@ssa.gov
9  Attorneys for Defendant

10
                   **UNITED STATES DISTRICT COURT**
11
                   **EASTERN DISTRICT OF CALIFORNIA**
12

13 | MICHAEL S. MCNEILLY,            )   CIVIL NO. 1:23-cv-00071-SKO
                                     )
14 |        Plaintiff,                )   **ORDER GRANTING STIPULATION**
                                     )   **AND UNOPPOSED MOTION FOR**
15 |    v.                           )   **VOLUNTARY REMAND PURSUANT**
                                     )   **TO SENTENCE FOUR OF 42 U.S.C. §**
16 | KILOLO KIJAKAZI,                )   **405(g) AND TO ENTRY OF**
   | Commissioner of Social Security, )   **JUDGMENT**
17 |                                 )
   |        Defendant.               )
18 |                                 )
                                     )

19
        IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo
20
   Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned
21
   counsel of record, that the above-entitled action shall be remanded to the Commissioner of
22
   Social Security for further administrative proceedings.
23
        Upon remand, the Appeals Council will remand the case to an Administrative Law
24
   Judge (ALJ) for a new decision and instruct the ALJ to offer Plaintiff a new hearing, update the
25
   record and re-evaluate the evidence of record.  The parties further request that the Court direct
26
   the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant,
27
   reversing the final decision of the Commissioner.
28

                              STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  November 14, 2023         /s/ Jacqueline A. Forslund*
                                  JACQUELINE A. FORSLUND
                                  Attorney for Plaintiff
                                  *Authorized via e-mail on November 14, 2023

                                  PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                         By:      /s/ Erin A. Jurrens
                                  ERIN A. JURRENS
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 21), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:   **November 14, 2023**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE